# THE STATE OF NEW HAMPSHIRE

# SUPREME COURT

**In Case No. 2019-0601, <u>Chris Chase v. Nancy Blais & a.</u>, the court on April 3, 2020, issued the following order:**

Having considered the brief, the memoranda of law, and the record submitted on appeal, we conclude that oral argument is unnecessary in this case.  <u>See</u> <u>Sup. Ct. R.</u> 18(1).  We affirm.

The plaintiff, Chris Chase, appeals orders of the Superior Court (<u>Houran</u>, J.) in his action against the defendants, Nancy Blais (GAL) and Deb Fredette (therapist).  He contends that the trial court erred by:  (1) dismissing his consumer protection act claim, RSA ch. 358-A (2009 & Supp. 2019), against the therapist; (2) setting aside a default judgment that had been previously entered against the GAL for alleged discovery violations; (3) granting summary judgment to the therapist and the GAL; (4) not enforcing its discovery order; and (5) not sanctioning the GAL and her attorney.

As the appealing party, the plaintiff has the burden of demonstrating reversible error.  <u>Gallo v. Traina</u>, 166 N.H. 737, 740 (2014).  Based upon our review of the trial court's order, the plaintiff's challenges to it, the relevant law, and the record submitted on appeal, we conclude that the plaintiff has not demonstrated reversible error.  <u>See</u> <u>id</u>.

<u>Affirmed</u>.

Hicks, Bassett, Hantz Marconi, and Donovan, JJ., concurred.

**Timothy A. Gudas,**
**Clerk**